**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:08-CV-344-DCK**

| | |
|---|---|
| WESTERN SURETY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUPERIOR CONSTRUCTION )<br>CORPORATION; BASIC ELECTRIC )<br>CO., INC.; C. STEVE CLARDY, SR.; )<br>THOMAS E. MILLER; and PAMELA )<br>P. MILLER, )<br>)<br>Defendants. )<br>_____) | <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status Hearing, on **June 16, 2009**, prepared to discuss the status of this case. The Clerk will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS SO ORDERED**.

Signed: May 5, 2009

David C. Keesler
United States Magistrate Judge