IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-344-DCK

| WESTERN SURETY COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SUPERIOR CONSTRUCTION CORPORATION; BASIC ELECTRIC CO., INC.; C. STEVE CLARDY; THOMAS E. MILLER and PAMELA P. MILLER, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. On October 14, 2009, chambers of the undersigned was notified that the parties in this matter have reached a settlement and would be filing a Stipulation of Dismissal.

**IT IS, THEREFORE, ORDERED** that on or before **November 16, 2009**, the parties shall file their Stipulation of Voluntary Dismissal in this case.

Signed: October 15, 2009

David C. Keesler
United States Magistrate Judge