# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:08-CV-344-DCK

| | |
|---|---|
| WESTERN SURETY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SUPERIOR CONSTRUCTION ) | |
| CORPORATION; BASIC ELECTRIC CO., ) | |
| INC.; C. STEVE CLARDY; THOMAS E. ) | |
| MILLER and PAMELA P. MILLER, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. On October 14, 2009, chambers of the undersigned was notified that the parties had reached a settlement. The Court entered an order giving the parties until November 16, 2009 to file their Stipulation of Voluntary Dismissal. However, chambers was informed today by Plaintiff's counsel that the settlement process was ongoing, but not yet complete. The Court will afford the parties some additional time in which to file their stipulation. Further extensions are unlikely.

**IT IS, THEREFORE, ORDERED** that on or before **December 16, 2009**, the parties shall file their Stipulation of Voluntary Dismissal in this case.

Signed: November 16, 2009

David C. Keesler
United States Magistrate Judge